1
2
3
4
5                          **UNITED STATES DISTRICT COURT**
6                               **DISTRICT OF NEVADA**
7
8    FIRST SOUTHERN NATIONAL BANK,          )
                                            )
9              Plaintiff,                   )        Case No.  2:10-cv-01790-JCM-GWF
                                            )
10   vs.                                    )        **ORDER**
                                            )
11   OFF BROADWAY, LLC, *et al.*,           )
                                            )
12             Defendants.                  )
     _____)
13

14          This matter is before the Court on the parties' failure to file a joint pretrial order required by

15   LR 26-1(e)(5).  The Stipulation for Extension of Deadlines (#35) filed December 22, 2011,

16   required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than March 30,

17   2012. There are no dispositive motions pending.  To date, the parties have not complied.

18   Accordingly,

19          **IT IS ORDERED** that

20                  1.      Counsel for the parties shall file a joint pretrial order which fully complies

21                          with the requirements of LR 16-3 and LR 16-4 no later than **April 19, 2012**.

22                          Failure to timely comply will result in the imposition of sanctions up to and

23                          including a recommendation to the District Judge that the complaint be

24                          dismissed for plaintiff's failure to prosecute.  See Fed. R. Civ. P. 41(b).

25   . . .

26   . . .

27   . . .

28   . . .

1             2.       The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections

2        thereto shall be included in the pretrial order.

3   DATED this 9th day of April, 2012.

4

5

6                           GEORGE FOLEY, JR.
                          United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28