**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST SOUTHERN NATIONAL BANK, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OFF BROADWAY, LLC, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.  2:10-cv-01790-JCM-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5).  The Stipulation for Extension of Deadlines (#35) filed December 22, 2011, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than March 30, 2012. There are no dispositive motions pending.  To date, the parties have not complied.  Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **April 19, 2012**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute.  See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

. . .

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 9th day of April, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge