UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

(Las Vegas)

| | |
|---|---|
| FIRST SOUTHERN NATIONAL BANK, National Banking Association<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>OFF BROADWAY, LLC, a Nevada limited liability company; FREAR CORPORATION, a Nevada corporation; DAVID FREAR; VASO BORETA; and VASO BORETA, Trustee of the VASO BORETA 2000 Trust;<br><br>Defendants/Counterclaimants | Case No.  2:10-CV-01790-JCM-RJJ<br><br>**ORDER TO EXTEND DATE TO FILE JOINT PRE-TRIAL ORDER** |

Pursuant to stipulation of the parties and good cause appearing, the parties will comply with the Court's Order filed April 10, 2012 [Doc. No. 36] no later than April 30, 2012.

IT IS SO ORDERED.

DATED: April 24, 2012

_____
GEORGE FOLEY, JR.
U. S. MAGISTRATE JUDGE