F. DeARMOND SHARP, ESQ.
State Bar No. 780
STEFANIE T. SHARP, ESQ.
State Bar No. 8661
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, NV 89503
Tel:   775-329.3151
Fax:   775-329-7941

*Attorneys for Plaintiff/Counterdefendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
(Las Vegas)

| | |
|---|---|
| FIRST SOUTHERN NATIONAL BANK, National Banking Association | Case No. 2:10-CV-01790-JCM-GWF |
| Plaintiff/Counterdefendant, | |
| vs. | |
| OFF BROADWAY, LLC, a Nevada limited liability company; FREAR CORPORATION, a Nevada corporation; DAVID FREAR; VASO BORETA; and VASO BORETA, Trustee of the VASO BORETA 2000 Trust; | |
| Defendants/Counterclaimants | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff/Counterdefendant and Defendants/Counterclaimants, through their undersigned counsel, hereby stipulate that Plaintiff/Counterdefendant hereby dismisses its Complaint with prejudice and Defendants/Counterclaimants hereby stipulate to dismiss their counterclaims with prejudice, each party to bear its own costs and attorney fees.

A proposed form of Order is submitted herewith.

/ / /

1

Case 2:10-cv-01790-JCM -GWF   Document 43   Filed 04/25/12   Page 2 of 3

DATED: April 24, 2012

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada  89503


By:   /s/ F. DeArmond Sharp
      F. DeARMOND SHARP
      STEFANIE T. SHARP
      dsharp@rbsllaw.com
      *Attorneys for Plaintiff/Counterdefendant First Southern National Bank*


MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145

-and-

QUARLES & BRADY LLP
One South Church Avenue, Suite 1700
Tucson, Arizona 85701


By:   /s/ Susan G. Boswell
      Susan G. Boswell, Esq.
      QUARLES & BRADY, LLP
      Nevada Bar No.  4539
      susan.boswell@quarles.com
      *Attorneys for Defendants/Counterclaimants*

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
(Las Vegas)

| | |
|---|---|
| FIRST SOUTHERN NATIONAL BANK, National Banking Association<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>OFF BROADWAY, LLC, a Nevada limited liability company; FREAR CORPORATION, a Nevada corporation; DAVID FREAR; VASO BORETA; and VASO BORETA, Trustee of the VASO BORETA 2000 Trust;<br><br>Defendants/Counterclaimants | Case No. 2:10-CV-01790-JCM-GWF |

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to stipulation of the parties, Plaintiff/Counterdefendant's Complaint and Defendant/Counterclaimants' counterclaim are each hereby dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED: _April 25_____, 2012.

_____
U. S. DISTRICT JUDGE

1