F. DeARMOND SHARP, ESQ.
State Bar No. 780
STEFANIE T. SHARP, ESQ.
State Bar No. 8661
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, NV 89503
Tel:     775-329.3151
Fax:    775-329-7941

*Attorneys for Plaintiff/Counterdefendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
(Las Vegas)

| | |
|---|---|
| FIRST SOUTHERN NATIONAL BANK, National Banking Association | Case No.  2:10-CV-01790-JCM-GWF |
| Plaintiff/Counterdefendant, | |
| vs. | |
| OFF BROADWAY, LLC, a Nevada limited liability company; FREAR CORPORATION, a Nevada corporation; DAVID FREAR; VASO BORETA; and VASO BORETA, Trustee of the VASO BORETA 2000 Trust; | |
| Defendants/Counterclaimants | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff/Counterdefendant and Defendants/Counterclaimants, through their undersigned counsel, hereby stipulate that Plaintiff/Counterdefendant hereby dismisses its Complaint with prejudice and Defendants/Counterclaimants hereby stipulate to dismiss their counterclaims with prejudice, each party to bear its own costs and attorney fees.

A proposed form of Order is submitted herewith.

/ / /

1

1    DATED:      April 24, 2012

2

3    ROBISON, BELAUSTEGUI, SHARP & LOW
     A Professional Corporation
4    71 Washington Street
     Reno, Nevada  89503

5

6    By:    /s/ F. DeArmond Sharp
            F. DeARMOND SHARP
7           STEFANIE T. SHARP
            dsharp@rbsllaw.com
8           *Attorneys for Plaintiff/Counterdefendant First Southern National Bank*

9

10   MARQUIS AURBACH COFFING
     10001 Park Run Drive
11   Las Vegas, NV 89145

12   -and-

13
     QUARLES & BRADY LLP
14   One South Church Avenue, Suite 1700
     Tucson, Arizona 85701
15

16

17   By:    /s/ Susan G. Boswell
            Susan G. Boswell, Esq.
18          QUARLES & BRADY, LLP
            Nevada Bar No.  4539
19          susan.boswell@quarles.com
            *Attorneys for Defendants/Counterclaimants*
20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
(Las Vegas)

| | |
|---|---|
| 11 FIRST SOUTHERN NATIONAL BANK,<br>National Banking Association | Case No.  2:10-CV-01790-JCM-GWF |
| 12 | |
| 13              Plaintiff/Counterdefendant, | |
| 14 vs. | |
| 15 OFF BROADWAY, LLC, a Nevada limited | |
| 16 liability company; FREAR CORPORATION,<br>a Nevada corporation; DAVID FREAR; | |
| 17 VASO BORETA; and VASO BORETA,<br>Trustee of the VASO BORETA 2000 Trust; | |
| 18 | |
| 19              Defendants/Counterclaimants | |

20            **ORDER FOR DISMISSAL WITH PREJUDICE**

21        Pursuant to stipulation of the parties, Plaintiff/Counterdefendant's Complaint and

22 Defendant/Counterclaimants' counterclaim are each hereby dismissed with prejudice, each party

23 to bear its own costs and attorney fees.

24        DATED: _____April 25_____, 2012.
25
26
27        _____
         U. S. DISTRICT JUDGE
28

1